## Commonwealth *v.* McFarland, Appellant.

Submitted January 8, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Richard A. DeMichele,* for appellant.

*Benjamin H. Levintow* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 16, 1974:
Judgment of sentence affirmed.